# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 1:09-CR-254-02 |
| Plaintiff | : | (Judge Mannion) |
| v. | : | |
| DANIEL COCHRAN, JR. | : | |
| Defendant | : | Electronically filed |

### ORDER

Upon Motion of the Government, IT IS HEREBY ORDERED on this 19th day of July, 2023, that the United States Marshal Service is directed to serve government's Exhibit B to Daniel Cochran at 7736 North Point Road, Sparrows Point, MD 21219 or in the alternative at 3777 Davis Corner Road, Street, MD 21154.

IT IS FURTHER ORDERED that any expenses associated with the service is imposed on defendant, Daniel Cochran.

MALACHY E. MANNION
UNITED STATES DISTRICT JUDGE